

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00458-CR

Kelly Marie **OLDNER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 1, Johnson County, Texas
Trial Court No. M201202002
Honorable Robert B. Mayfield III, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is affirmed.

SIGNED July 2, 2014.

_____
Rebeca C. Martinez, Justice